**Ramon PORTOREAL–QUEZADA,
Plaintiff—Appellant,**

v.

**Willie SCOTT, Warden; Lieutenant Branch, Correctional Officer at Rivers Correctional Institution; Correctional Officer Faison, at Rivers Correctional Institution, Defendants—Appellees.**

**No. 03–7107.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 5, 2004.

Ramon Portoreal–Quezada, Appellant pro se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ramon Portoreal–Quezada appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Portoreal–Quezada v. Scott,* No. CA–03–319–5–H (E.D.N.C. May 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*